UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 08-14294 JHW

Debtor: Ceverio C. & Donna Briggs

| Check Number | Creditor | Amount |
|---|---|---|
| 1693974 | America's Servicing Company | 146.12 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 8, 2010