UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number 08-14294 JHW

Debtor: Ceverio C. & Donna Briggs

| Check Number | Creditor | Amount |
|---|---|---|
| 1693973 | America's Servicing Company | 1,365.28 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  June 8, 2010